Fred W. ALLNUTT, Sr., etc., petitioner
v. Mark J. FRIEDMAN, Chapter 11
Trustee for the Bankruptcy Estates of
Fred W. Allnutt, Sr.
No. 00-1687.

Supreme Court of the United States

Oct. 1, 2001.

Petition for writ of certiorari to the
United States Court of Appeals for the
Fourth Circuit denied.